UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN LEE BENJAMIN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF NEVADA,<br><br>　　　　　　　Respondent. | Case No. 3:16-cv-00024-MMD-VPC<br><br>ORDER |

This is a habeas corpus action, brought *pro se* by Robin Lee Benjamin. Benjamin filed her habeas petition, and paid the filing fee for this action, on January 21, 2016 (dkt. no. 1).

Benjamin also filed an application to proceed *in forma pauperis* (dkt. no. 2). As Benjamin has paid the filing fee, the application to proceed *in forma pauperis* is moot, and it will be denied on that ground.

The Court has reviewed Benjamin's habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct the Clerk of the Court to serve the petition upon the respondents, and will require a response.

It is therefore ordered that petitioner's application to proceed *in forma pauperis* (dkt. no. 2) is denied as moot.

It is further ordered that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus and a copy of this order.

It is further ordered that respondents shall have sixty (60) days from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the petition.

It is further ordered that, if respondents file a motion to dismiss, petitioner will thereafter have sixty (60) days to respond to the motion to dismiss, and then respondents will have thirty (30) days to file a reply in support of their motion. If respondents file an answer, petitioner will thereafter have sixty (60) days to file a reply.

DATED THIS 22nd day of January 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE