1

2

3

4

5

6

7                                   UNITED STATES DISTRICT COURT

8                                        DISTRICT OF NEVADA

9                                                 * * *

10    ROBIN LEE BENJAMIN,                         Case No. 3:16-cv-00024-MMD-VPC

11                              Petitioner,                         ORDER

12         v.

13    ATTORNEY GENERAL, *et al.*,

14                              Respondents.

15

16         In this habeas corpus action, brought *pro se* by Robin Lee Benjamin, the Court

17    ruled on the respondents' motion to dismiss on October 3, 2016. (See Order entered

18    October 3, 2016 (ECF No. 21).) In that order, the Court found all but one of Benjamin's

19    claims — Grounds 1 and 3-14 — to be unexhausted in state court. The Court granted

20    Benjamin an opportunity to make an election with respect to her unexhausted claims;

21    Benjamin was directed to either file a notice stating that she wishes to abandon her

22    unexhausted claims, and proceed in this action with the litigation of her exhausted claim,

23    or file a motion for a stay, under *Rhines v. Weber*, 544 U.S. 269 (2005), requesting a stay

24    of this action while she exhausts her unexhausted claims in state court.

25         On December 19, 2016, Benjamin filed a notice (ECF No. 23) stating her election

26    to abandon her unexhausted claims and proceed with her exhausted claim. The Court

27    will accept Benjamin's abandonment of her unexhausted claims. Those claims will be

28    dismissed.

1    Additionally, in the notice Benjamin filed on December 19, 2016, Benjamin states

2  that she wishes to dismiss the State of Nevada as a respondent, which is appropriate as

3  the State of Nevada is not a proper respondent in this habeas corpus action.

4    It is therefore ordered that Grounds 1 and 3-14 of petitioner's amended petition for

5  writ of habeas corpus (ECF No. 17) are dismissed.

6    It is further ordered that the State of Nevada is dismissed as a respondent.

7    It is further ordered that respondents will have ninety (90) days from the date of

8  this order to file an answer, responding to the remaining claim (the federal-law claim) in

9  Ground 2 of petitioner's amended petition for writ of habeas corpus (ECF No. 17).

10  Thereafter, petitioner will have sixty (60) days to file a reply.

11

12    DATED THIS 21st day of December 2016.

13

14    _____
    MIRANDA M. DU
15    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28